## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ZAKARIYA ABDIKARIM,

        Petitioner,

v.

STATE OF MINNESOTA, OTTERTAIL
COUNTY STATES ATTORNEY, CASS
COUNTY JAIL ND, and CAPT FORBIG,
Cass County Jail Administrator,

        Respondents.

Case No. 24-CV-2013 (NEB/LIB)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

---

The Court has received Report and Recommendation of United States Magistrate

Judge Leo I. Brisbois. (ECF No. 9.) No party has objected to that Report and

Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ.

P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear

error, and based upon all the files, records, and proceedings in the above-captioned

matter, IT IS HEREBY ORDERED THAT:

    1.     The Report and Recommendation (ECF No. 9) is ACCEPTED;

    2.     The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

    3.     The action is DISMISSED;

    4.     The application for in forma pauperis status (ECF No. 5) is DENIED as
          moot; and

5.      No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2024                          BY THE COURT:

                                              s/Nancy E. Brasel
                                              Nancy E. Brasel
                                              United States District Judge